JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC., | Case No. CV 22-7404 PA (MRWx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| T-SHIRT AT FASHION LLC, TEEHERIVAR, DAVIDLOSHIRT, and TEE JEEP SHIRT, | |
| Defendants. | |

In accordance with the Court's February 8, 2023 Minute Order dismissing this action for failure to timely serve under F. R. Civ. P. 4(m) and for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: February 8, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE